

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to request, with consent from both defendants, that the Court set an initial pretrial conference in the above-captioned matter for June 6, 2022 at 2:30 p.m. Should the Court grant this request, the parties also request that the time until the initial conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

                                   Respectfully submitted,

                                     DAMIAN WILLIAMS
                                   United States Attorney

                By:      /s/
                        Thane Rehn
                        Sheb Swett
                        Assistant United States Attorneys
                        Southern District of New York
                        (212) 637-2354/-6522

cc:  All counsel (by ECF)