

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

    The Government respectfully writes, with the consent of Philip Reizenstein, counsel for Manuel Recio, to request that the Court extend the deadline for the parties to submit a status letter regarding the motion to disqualify from July 22, 2022 to August 5, 2022.  The parties have initiated discussions regarding the factual scope of the disqualification hearing and request the additional time to continue these discussions.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                         United States Attorney

                         by:   _____
                             Sarah Mortazavi / Thane Rehn / Sheb Swett
                             Assistant United States Attorneys
                             (212) 637-2520/ 2354 / 6522

cc:    Philip Reizenstein, Esq.