

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

The Government and counsel for Manuel Recio jointly write to provide a status update regarding the Government's motion to disqualify Philip Reizenstein as Recio's counsel. In light of the Government's acceptance, for purposes of this motion, of the facts outlined in the defendant's July 7, 2022 letter and proffered during the telephonic status conference, the parties do not believe an evidentiary hearing is necessary but wish to have oral arguments on the motion. If either party wishes to provide exhibits for the Court's consideration, that party will provide the exhibits to opposing counsel at least one week before oral argument and the parties will work in good faith to reach an agreement on those exhibits at least three days before oral argument.

The parties will contact the Court's deputy to schedule a time for oral argument.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah Mortazavi / Thane Rehn / Sheb Swett
Assistant United States Attorneys
(212) 637-2520 / 2354 / 6522

cc:   All counsel (by ECF)