

# GAINOR & DONNER

*3250 Mary Street*
*Suite 405*
*Miami, Florida 33131*
*O.305.537-2000*
*F.305.537-2001*
*C.305.206.2008*
*Gainorlaw@gmail.com*
*adonner@gainorlaw.org*

March 6, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. John Costanzo Jr. and Manuel Recio*, **22 Cr. 281 (JPO)**

Dear Judge Oetken:

    We write to respectfully request permission to file under seal Defendant Manuel Recio's Motion to Quash Grand Jury Subpoena. Pursuant to the language provided in the letter attached to the Grand Jury Subpoena, the government requested as follows:

> The Government hereby requests that you voluntarily refrain from disclosing the existence of the subpoena to any third party. While you are under no obligation to comply with our request, we are requesting you not to make any disclosure in order to preserve the confidentiality of the investigation and because disclosure of the existence of this investigation might interfere with and impede the investigation.

    Furthermore, the government confirmed by e-mail communication with the undersigned today that the motion should be filed under seal.

    In accordance with Rule 8E of Your Honor's Individual Practices in Criminal Cases, Local Civil Rule 5.2 and the Southern District of New York's ECF Privacy Policy, Mr. Recio requests permission to file the Motion to Quash Grand Jury Subpoena and the Motion to Seal under a Level 2 Sealing Restriction, Selected Parties.

Dated: March 6, 2023
New York, New York

                                      Respectfully submitted,

                                      <u>s/Amber Donner</u>
                                      Gainor & Donner
                                      3250 Mary Street
                                      Suite 405
                                      Miami, Florida 33133
                                      Email: gainorlaw.com
                                      *Counsel for Manuel Recio*

cc Via ECF: all counsel