UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN COSTANZO JR. and<br>MANUEL RECIO,<br><br>Defendants. | Case No. 22 Cr. 281 (JPO) |

**DEFENDANT MANUEL RECIO'S MOTION TO SUPPRESS EVIDENCE
DERIVED FROM WIRE INTERCEPTIONS
AND TO DISMISS MULTIPLICITOUS COUNTS**

Defendant Manuel Recio respectfully moves: (i) to join in the Memorandum of Law in Support of Defendant John Costanzo Jr.'s Motion to Suppress Evidence Derived from Wire Interceptions and to Dismiss Multiplicitous Counts, (ii) to suppress evidence derived from the wiretap of Mr. Recio's cellphone and from subsequent search warrants, or for a *Franks* hearing pursuant to 18 U.S.C. § 2518(10) and *Franks v. Delaware,* 438 U.S. 154 (1978), and (iii) to dismiss multiplicitous counts of the Indictment, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(ii) and the Double Jeopardy Clause of the Fifth Amendment.

In support, Mr. Recio respectfully submits the accompanying supporting Memorandum of Law, Declaration of Amber Donner, including among other things, the Affidavit of Manuel Recio.

1

Dated: March 13, 2023
       New York, New York

                                          Respectfully submitted,

                                          <u>s/Amber Donner</u>
                                          Gainor & Donner
                                          3250 Mary Street
                                          Suite 405
                                          Miami, Florida 33133
                                          Email: gainorlaw.com
                                          *Counsel for Manuel Recio*