

# GAINOR & DONNER

*3250 Mary Street*
*Suite 405*
*Miami, Florida 33131*
*O.305.537-2000*
*F.305.537-2001*
*C.305.206.2008*
*Gainorlaw@gmail.com*
*adonner@gainorlaw.org*

March 12, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

This letter is respectfully submitted on behalf of defendant Manuel Recio to join in codefendant, John Costanzo Jr.'s Letter Motion (ECF No. 57) requesting leave to file under seal and pursuant to the terms of the protective order (ECF No. 19), all references to sensitive disclosure materials and exhibits pertinent to Mr. Recio's forthcoming pretrial motions due tomorrow March 13, 2023.

Dated:  March 12, 2023
        New York, New York

Respectfully submitted,
s/Amber Donner
Gainor & Donner
3250 Mary Street
Suite 405
Miami, Florida 33133
Email: gainorlaw.com
*Counsel for Manuel Recio*

Granted.
So ordered.
 3/13/2023

J. PAUL OETKEN
United States District Judge

1