

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mfsllp.com

May 9, 2023

**VIA ECF**
The Honorable J. Paul Oetken
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Costanzo Jr. and Recio, 22-cr-281 (JPO)**

Dear Judge Oetken:

    This letter is respectfully submitted on behalf of defendant John Costanzo Jr. after conferring with counsel for Mr. Recio and the government. The parties agree to cancel the status conference on Friday, May 12, 2023, and agree to set an oral argument date for Thursday, June 15, 2023.  The Court has previously excluded time through October 23, 2023 under the Speedy Trial Act (ECF No. 50).

    Thank you for your consideration of this submission.

> Granted.  The May 12, 2023 pretrial conference is adjourned.  Oral argument on the pending motions is hereby scheduled for June 15, 2023 at 2:00 pm.
> So ordered:
> 5/9/2023

Respectfully submitted,

 /s/ Stephanie Guaba
Stephanie Guaba

_____
J. PAUL OETKEN
United States District Judge