UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| - v. - | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| JOHN COSTANZO, JR., and MANUEL RECIO, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: */s/ Emily Deininger*

Emily Deininger
Assistant United States Attorney
(212) 637-2472
emily.deininger@usdoj.gov