

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. John Costanzo Jr. and Manuel Recio*, 22 Cr. 281 (JPO)

Dear Judge Oetken:

The Government writes to update the Court regarding its August 18, 2023 letter (Dkt. No. 98) (the "August 18 Letter"). The August 18 Letter incorrectly stated that law enforcement agents had identified documents from Recio's yahoo.com email account as "responsive" on the Government's Relativity platform. The agents in fact identified responsive documents from Recio's globallegalconsulting.net email address on the Relativity platform. Special Agents conducted a limited responsiveness review of the yahoo.com email account in October 2019, which resulted in two emails being identified as responsive. (*See* Exhibit A).[1]  Those emails were not marked as "responsive" on the Relativity platform, though they are responsive to the yahoo.com warrant.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   __/s/ Sheb Swett_____
Mathew Andrews
Emily Deininger
Sheb Swett
Assistant United States Attorneys
Southern District of New York
(212) 637-6526/-2472/-6522

cc: All counsel (by ECF)

---

[1] Exhibit A was produced in discovery on October 19, 2022. It contains the names of other DEA agents, which the Government has redacted.