

# GAINOR & DONNER

*3250 Mary Street*
*Suite 405*
*Miami, Florida 33131*
*O.*305.537-2000
*F.*305.537-2001
*C.*305.206.2008

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. John Costanzo Jr. and Manuel Recio*, 22-cr-281 (JPO)
       **Unopposed Motion to Travel to Cape Coral, Florida**

Dear Judge Oetken:

   Mr. Recio hereby requests permission to travel to Cape Coral, Florida (located in the MDFL) from September 21, 2023 to September 25, 2023 to accompany his son, who is participating in a baseball tournament.
   Mr. Recio will drive with his son to Cape Coral, Florida and attend the tournament. Mr. Recio is currently on a $30,000 unsecured bond and is currently restricted to travel in the SDNY/EDNY and SDFL and points in between for travel only. DE 08.
   Both the government and Pretrial Services do not object to this travel request.

Dated:  September 01, 2023
        New York, New York

Granted.
So ordered.
 9/1/2023

Respectfully submitted,

s/ Amber Donner
Gainor & Donner
3250 Mary Street, Suite 405
Miami, Florida 33133
Email: amber.donner@hotmail.com
*Counsel for Manuel Recio*

J. PAUL OETKEN
United States District Judge

1