UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN COSTANZO JR. and<br>MANUEL RECIO,<br><br>Defendants. | Case No. 22 Cr. 281 (JPO) |

**DEFENDANTS JOHN COSTANZO JR. AND MANUEL RECIO'S MOTION IN LIMINE REGARDING FEDERAL RULE OF EVIDENCE 801(d)(2)(E) STATEMENTS**

Pursuant to Federal Rules of Evidence 104 and 801(d)(2)(E), John Costanzo Jr. and Manuel Recio respectfully move to preclude the government from offering in evidence the statements of declarants Jorge Luis Villazon Hernandez, Luis Guerra, David Macey, and Edwin Pagan.

In support, John Costanzo Jr. and Mr. Recio respectfully submit the accompanying supporting Memorandum of Law and Declaration of Amber Donner.

Dated: September 27, 2023
New York, New York

Respectfully submitted,

/s/ Marc L. Mukasey
Marc L. Mukasey
Torrey K. Young
Stephanie Guaba
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
Tel: (212) 466-6400
Email: marc.mukasey@mfsllp.com

*Counsel for Defendant John Costanzo Jr.*

/s/ Amber Donner
Amber Donner
Ronald Gainor
GAINOR & DONNER
3250 Mary Street
Suite 405
Miami, Florida 33133
Email: gainorlaw.com

*Counsel for Defendant Manuel Recio*

1