UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.

JOHN COSTANZO JR. and
MANUEL RECIO,

           Defendants.

Case No. 22 Cr. 281 (JPO)

# DECLARATION OF TORREY K. YOUNG
## IN SUPPORT OF DEFENDANTS' OMNIBUS MOTIONS *IN LIMINE*

Pursuant to 28 U.S.C. § 1746, I, Torrey K. Young, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm Mukasey Frenchman LLP.

2. I am counsel of record for Defendant John Costanzo, Jr. in the above-captioned action.

3. I submit this declaration in support of Defendants John Costanzo, Jr.'s and Manuel Recio's Omnibus Motions *in Limine*.

4. Pursuant to Local Criminal Rule 16.1, undersigned counsel certifies that: (i) my firm colleagues and I have conferred with counsel for the government in a good faith effort to resolve the issues raised in Point I of Defendants' Memorandum of Law in support of Defendants John Costanzo, Jr.'s and Manuel Recio's Omnibus Motions *in Limine*, and (ii) the parties have been unable to reach agreement.

5. Attached as Exhibit A is a copy of the government's letter dated September 12, 2023.

6. Attached as Exhibit B is a copy of ███████████████████████████████
██.

7. Attached as Exhibit C is a copy of ████████████████████████
██.

8. Attached as Exhibit D is a copy of ████████████████████████████
██.

9. Attached as Exhibit E is a copy of ████████████████████████████
██.

10. Attached as Exhibit F is a copy of █████████████████████████.

11. Attached as Exhibit G is a copy of an email thread between defense counsel and the government.

12. Attached as Exhibit H is a copy of an email thread between defense counsel and the government.

13. Attached as Exhibit I is a copy of ████████████████████████
██.

14. Attached as Exhibit J is an excerpt of a copy of █████████████████
███████████████████████.

15. Attached as Exhibit K is an excerpt of a copy of the transcript of a July 15, 2022 hearing before the Court in this action.

16. Attached as Exhibit L is a copy of the government's letter dated September 11, 2023.

17. Attached as Exhibit M is a copy of ████████████████████████
████████████████████████.

18. Attached as Exhibit N is a copy of ████████████████████████████

████████████████████████.

19. Attached as Exhibit O is an excerpt of a copy of the transcript of a June 15, 2023 hearing before the Court in this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  
       September 27, 2023

/s/ Torrey K. Young  
Torrey K. Young

MUKASEY FRENCHMAN LLP  
570 Lexington Avenue, Suite 3500  
New York, New York 10022  
Tel: (212) 466-6400  
torrey.young@mfsllp.com

*Counsel for Defendant John Costanzo Jr.*