

570 Lexington Avenue, Suite 3500
New York, NY 10022

Stephanie Guaba
Associate
212-466-6408
Stephanie.guaba@mukaseylaw.com

March 5, 2024

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Costanzo Jr. and Recio, 22-cr-281 (JPO)

Dear Judge Oetken:

    In light of defendant Manuel Recio's letter dated March 4, 2024 (Dkt. No. 222), we respectfully request to join Mr. Recio's proposed schedule to submit a reply in response to the government's Opposition to the Defendants' Post-Trial Motions (Dkt. No. 220) by no later than April 2, 2024, in the above-captioned matter. The government does not object to this request.

    Thank you for your consideration of this submission.

    Respectfully submitted,

    /s/ Stephanie Guaba
    Stephanie Guaba

Granted.
So ordered.
3/5/2024

_____
J. PAUL OETKEN
United States District Judge