

# GAINOR & DONNER

3250 Mary Street
Suite 405
Miami, Florida 33131
O.305.537-2000
F.305.537-2001
C.305.206.2008
Gainorlaw@gmail.com
adonner@gainorlaw.org

April 2, 2024

**BYECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. John Costanzo Jr. and Manuel Recio,* **22 Cr. 281 (JPO)**

Dear Judge Oetken:

This letter is respectfully submitted on behalf of defendant Manuel Recio requesting leave to file under seal Exhibits A-F to his recently filed Reply to Government's Opposition to the Defendants' Post-Trial Motions. [D.E. 230]. Mr. Recio makes this request pursuant to your prior rulings regarding these materials that you previously ordered to be filed under a sealing restriction. Unredacted versions of these exhibits will be sent to all parties via email on April 2, 2024.

In accordance with Rule 8E of Your Honor's Individual Practices in Criminal Cases, Local Civil Rule 5.2 and the Southern District of New York's ECF Privacy Policy, Mr. Recio requests permission to file under seal Exhibits A-F to his recently filed Reply to Government's Opposition to the Defendants' Post-Trial Motions under a Level 2 Sealing Restriction, Selected Parties.

Dated: April 02, 2024
      New York, New York

                                            Respectfully submitted,
                                            s/ Amber Donner
                                            Gainor & Donner
                                            3250 Mary Street
                                            Suite 405

Miami, Florida 33133
Email: gainorlaw.com
*Counsel for Manuel Recio*

cc Via ECF: all counsel