

# GAINOR & DONNER

*3250 Mary Street*
*Suite 405*
*Miami, Florida 33131*
*O.305.537-2000*
*F.305.537-2001*
*C.305.206.2008*
*Gainorlaw@gmail.com*
*adonner@gainorlaw.org*

April 11, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. John Costanzo Jr. and Manuel Recio,* **22 Cr. 281 (JPO)**

Dear Judge Oetken:

    This letter is respectfully submitted on behalf of defendant Manuel Recio requesting a sentencing hearing on May 13th or May 14th, 2024, either of which dates both the government and the defense are available. Mr. Recio further requests a sentencing motion deadline of 10 days prior to the hearing date.

Dated: April 11, 2024
       New York, New York

                              Respectfully submitted,

                              /Amber Donner
                              Amber Donner
                              Gainor & Donner
                              3250 Mary Street
                              Suite #405
                              Miami, Florida 33133
                              Email: amber_donner@hotmail.com
                              *Counsel for Manuel Recio*

cc Via ECF: all counsel