

# GAINOR & DONNER

3250 Mary Street
Suite 405
Miami, Florida 33131
O.305.537-2000
F.305.537-2001
C.305.206.2008
Gainorlaw@gmail.com
adonner@gainorlaw.org

April 11, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. John Costanzo Jr. and Manuel Recio,* **22 Cr. 281 (JPO)**

Dear Judge Oetken:

      This letter is respectfully submitted on behalf of defendant Manuel Recio requesting a sentencing hearing on May 13th or May 14th, 2024, either of which dates both the government and the defense are available. Mr. Recio further requests a sentencing motion deadline of 10 days prior to the hearing date.

      Dated: April 11, 2024
              New York, New York

> Granted.
> Sentencing as to Manuel Recio is hereby adjourned to May 14, 2024 at 12:30 pm.  Defendant's sentencing submission is due by May 4, 2024, and the government's by May 11, 2024.
>   So ordered.
>   4/12/2024

Respectfully submitted,

/Amber Donner
Amber Donner
Gainor & Donner
3250 Mary Street
Suite #405
Miami, Florida 33133
Email: amber_donner@hotmail.com
*Counsel for Manuel Recio*

_____
J. PAUL OETKEN
United States District Judge

1