UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MANUEL RECIO,

Defendant.

22-CR-281 (JPO)

ORDER

Upon review of the motion for leave to proceed *in forma pauperis* filed by Defendant Manuel Recio (ECF No. 261), it is hereby ORDERED that the motion is GRANTED.

SO ORDERED.

Dated: June 24, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge