

# GAINOR & DONNER

*3250 Mary Street*
*Suite 405*
*Miami, Florida 33131*
*O.305.537-2000*
*F.305.537-2001*
*C.305.206.2008*
*Gainorlaw@gmail.com*

May 29, 2026

**BY ECF**
The Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. Manuel Recio,* **22 Cr. 281 (JPO)**

Dear Judge Oetken:

This letter is respectfully submitted on behalf of defendant Manuel Recio, who requests permission to travel from Miami, Florida to Tallahassee, Florida and back from June 19, 2026 to June 22, 2026. Mr. Recio plans on driving his son to Florida State University in Tallahassee during those dates to attend summer orientation for the fall semester. AUSA Emily Deininger has "no objection assuming his Probation Officer does not object." USPO Trent Tucker has "no objection to him [ Mr. Recio] requesting the Court's permission to travel."

Dated: May 29, 2026

Granted.
So ordered.
 6/1/2026

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

*s/Ronald Gainor*
Ronald Gainor
Gainor & Donner
3250 Mary Street
Suite #405
Miami, Florida 33133
Email: Gainorlaw@gmail.com

1

*Counsel for Manuel Recio*